UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LASHONDRA BUCKRIDGE,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-767-CEM-CAB**

**ADVENT HEALTH CORPORATE - HUMAN RESOURCES, ADVENT HEALTH CORPORATE - LEGAL DEPARTMENT, CEO DAVID BANKS, ADVENT HEALTH CORPORATE,**

**Defendants.**
__________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 13), recommending that the Motion be denied without prejudice, the Complaint (Doc. 1) be dismissed without prejudice, and Plaintiff be permitted to file an Amended Complaint.

Plaintiff did not file any objections. Instead, she filed a Motion to Reopen (Doc. 14). In her Motion to Reopen, Plaintiff misunderstands the R&R. Plaintiff believes that her case has been dismissed with prejudice. But the R&R recommended

that the Complaint be dismissed *without* prejudice and Plaintiff be given leave to amend. Plaintiff does not otherwise address the analysis in the R&R.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.
3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.
4. **On or before December 8, 2026**, Plaintiff may file an Amended Complaint that complies with the Report and Recommendation.
5. Also, **on or before December 8, 2026**, Plaintiff shall file a renewed Motion to Proceed *In Forma Pauperis*.
6. Plaintiff's Motion to Reopen (Doc. 14) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party